MURRAY, receiver, *v.* THOMPSON *et al.*

GILBERT, J. This case is controlled by *Crawford* v. *Swicord*, 147 *Ga.* 548 (94 S. E. 1025), reference to which is made for a full discussion of the issue involved. The trial court having ruled contrary to that decision, the judgment must be reversed. It may be noted that the case cited had not been decided when the judgment of the trial court in this case was rendered.

*Judgment reversed. All the Justices concur, except Fish, C. J., absent.*

No. 611. APRIL 11, 1918.

Equitable petition. Before Judge Hodges. Madison superior court. July 25, 1917.

*Gordon & Gordon, Berry T. Moseley, E. K. Lumpkin, H. A. Nix,* and *Hamilton McWhorter Jr.,* for plaintiff.

*C. E. Adams, H. C. Tuck,* and *Green & Michael,* for defendants.